UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

E-Z EATING 47 CORP., E-Z EATING 41 CORP., :
E-Z EATING 46th CORP., E-Z EATING 8th CORP., :
E-Z EATING CORP., LUAN SADIK, and : **06-CV-5990 (JES)**
ELIZABETH SADIK, :
: **NOTICE OF MOTION**
Plaintiffs, :
:
v. :
:
BURGER KING CORPORATION, :
:
Defendant. :
_____:

      PLEASE TAKE NOTICE that upon the annexed affidavit of Howard S. Wolfson, sworn to on October 25, 2006 and the exhibits annexed thereto, and the accompanying Memorandum of Law dated October 25, 2006, together with all prior papers and proceedings heretofore had herein, Defendant Burger King Corporation ("BKC"), by its attorneys, will move this Court before the Honorable John E. Sprizzo on November 27, 2006, at 11:00 A.M. in Courtroom 21C, or as soon thereafter as counsel may be heard, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order: (1) pursuant to Federal Rules of Civil Procedure 12(b)(3) & (6) dismissing Plaintiffs' Complaint in its entirety; (2) in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Count I of Plaintiffs' Complaint; and (3) granting BKC such other and further relief as the Court may deem just, necessary and proper.

Pursuant to the Order of the Court dated October 12, 2006, answering papers, if any, must be served on or before November 13, 2006, and service shall be made by facsimile or e-mail.

Dated: New York, New York
October 25, 2006

        MORRISON COHEN LLP

        By: _/s/ Howard S. Wolfson_____
            Howard S. Wolfson (HW-8858)
            Hwolfson@morrisoncohen.com
            Ethan R. Holtz (EH-3324)
            Eholtz@morrisoncohen.com
            909 Third Avenue
            New York, NY 10022
            (212) 735-8600

            -and-

            GENOVESE JOBLOVE &
            BATTISTA, P.A.
            4400 Bank of America Tower
            100 Southeast Second Street
            Miami, Florida 33131
            (305) 349-2300
            *Attorneys for Defendant Burger King Corporation*

TO:    GILBRIDE, TUSA, LAST &
         SPELLANE LLC
         Bennett H. Last, Esq.
         bhl@gtlsny.com
         708 Third Avenue, 26th Floor
         New York, NY. 10017
         -and-

         WEIR & PARTNERS LLP
         Oliver D. Griffin
         ogriffin@weirpartners.com
         Edward T. Kang
         ekang@weirpartners.com
         Suite 500, The Widener Building
         One South Penn Square
         Philadelphia, PA 19107
         *Attorneys for Plaintiffs*